# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOUREY NEWELL, on behalf of himself and others similarly situated, | CIVIL ACTION FILE NO. 1:19-cv-1811 |
| Plaintiff, | |
| v. | |
| NORTH COAST MEDIA, LLC | |
| Defendant. | |

> Approved.
> It is SO ORDERED.
> s/*Dan Aaron Polster*
> United States District Judge
> Nov. 25, 2019

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jourey Newell hereby dismisses this action without prejudice.

Dated: November 22, 2019

PLAINTIFF, on behalf of himself
and others similarly situated,

By: /s/ *Michael J. Boyle, Jr.*
Matthew R. Wilson
Email: mwilson@meyerwilson.com
Michael J. Boyle, Jr.
Email: mboyle@meyerwilson.com
MEYER WILSON CO., LPA
1320 Dublin Road, Suite 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

Anthony Paronich (admitted *pro hac vice*)
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.